UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT LARA )<br>) | CRIMINAL NO. 19-CR-10459-RWZ |

### SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM

The defendant, hereby submits letters from Robert Lara, Senior and Elizabeth de Jesus in further support of his sentencing memorandum.

Respectfully submitted,

DEFENDANT
By his Attorney,

/s/Leslie Feldman-Rumpler
Leslie Feldman-Rumpler
Attorney-at-Law
BBO # 555792
4 Cypress Street, Suite 7
Brookline, MA  02445
(617) 728-9944
Leslie@feldmanrumplerlaw.com

### CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, hereby certify that I have served a copy of the within motion on all parties by causing it to be filed electronically via ecf.

  3/8/2022                        /s/Leslie Feldman-Rumpler
Date                              Leslie Feldman-Rumpler, Esq.